DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAPHAEL CHARISTIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0969

[August 20, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 09-5699CF10A.

Raphael Charistil, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025) (holding that, even if *Erlinger v. United States,* 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); *see also Chapa v. State,* 159 So. 3d 362 (Fla. 4th DCA 2015).

KUNTZ, C.J., LEVINE and CONNER, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***